**Order entered September 3, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00270-CR

## MACK MCKINLEY WARD, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F12-63580-Y

## ORDER

The Court **REINSTATES** the appeal.

On August 12, 2014, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel timely requested preparation of the reporter's record; (4) court reporter Sharon Hazlewood explained the delay in filing the record was due to her workload; and (5) Ms. Hazlewood stated the record could be prepared within ten days of the August 25, 2014 findings.

We **ORDER** Sharon Hazlewood, official court reporter of the Criminal District Court No. 7, to file the complete reporter's record, including exhibits, within **TEN DAYS** of the date of this order. No further extensions will be granted. If the record is not filed within the time

specified, the Court will order that Sharon Hazlewood not sit as a court reporter until the complete record is filed in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, official court reporter, Criminal District Court No. 7; and to counsel for all parties.

/s/    DAVID EVANS
        JUSTICE